(No. 23070.— ▇▇▇▇▇▇▇)

THE PEOPLE OF THE STATE OF ILLINOIS, Appellee, *vs.* THE PEOPLES GAS LIGHT AND COKE COMPANY, Appellant.

*Opinion filed December 15, 1937.*

SHAW and WILSON, JJ., dissenting.

TAYLOR, MILLER, BUSCH & BOYDEN, COOKE, SULLIVAN & RICKS, WILSON & McILVAINE, and ROBERT N. HOLT, for appellant.

THOMAS J. COURTNEY, State's Attorney, (JACOB SHAMBERG, MANUEL E. COWEN, and BRENDAN Q. O'BRIEN, of counsel,) for appellee.

Per CURIAM: This is an appeal from a judgment of the county court of Cook county against the appellant, the Peoples Gas Light and Coke Company, and in favor of the People of the State of Illinois, in the amount of $671,561.49 for alleged unpaid personal property taxes for the year 1931.

436

The errors assigned and argued are identical with those in *People* v. *Commonwealth Edison Co.* (*ante*, p. 260.) For the reasons therein stated the judgment of the county court of Cook county is reversed.

*Judgment reversed.*

SHAW and WILSON, JJ., dissenting.